1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    JULIANA M. HILL,                          Case No.  17-cv-05455-SVK

8                    Plaintiff,

9         v.                                   **ORDER GRANTING DEFENDANT'S
                                               REQUEST TO ENLARGE TIME FOR
10   H&R BLOCK, et al.,                         DEADLINE FOR CLOSE OF FACT
                                               DISCOVERY**

11                   Defendants.               Re: Dkt. No. 54

12

13        On February 19, 2019, Defendant H&R Block Enterprises, LLC's ("Defendant") filed a

14   Motion to Enlarge Time for the Deadline for the Close of Fact Discovery.  ECF 54.  The Court has

15   reviewed Defendant's submission and determined that no further briefing is necessary.  The Court

16   **GRANTS** Defendant's Motion to Enlarge Time for the Deadline for the Close of Fact Discovery

17   and **CONTINUES** the deadline for the close of fact discovery eight weeks from March 4, 2019 to

18   **April 29, 2019**.  However, the Court notes that the dates for dispositive motions, the pretrial

19   conference and trial remain as set at the August 19, 2019 case management conference.  ECF 38.

20        **SO ORDERED.**

21

22   Dated: February 19, 2019

23

24   _____

25   SUSAN VAN KEULEN
     United States Magistrate Judge

26

27

28