UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIANA M. HILL,

        Plaintiff,

  v.

H&R BLOCK, et al.,

        Defendants.

Case No.  17-cv-05455-SVK

**AMENDED ORDER GRANTING IN PART DEFENDANT'S REQUEST TO ENLARGE TIME FOR DEADLINE FOR CLOSE OF FACT DISCOVERY**

Re: Dkt. No. 55

      On February 15, 2019, Defendant H&R Block Enterprises, LLC's ("Defendant") filed a Motion to Enlarge Time for the Deadline for the Close of Fact Discovery.  ECF 54.  The Court granted this motion on February 19, 2019 (ECF 55); however, the Court's previous order conflicts with the April 24, 2019 deadline to file dispositive motions.  ECF 38.  Accordingly, the Court **AMENDS** its previous order as follows.

      The Court **GRANTS IN PART** Defendant's Motion to Enlarge Time for the Deadline for the Close of Fact Discovery and **CONTINUES** the deadline for the close of fact discovery from March 4, 2019, to **April 12, 2019**.  The Court notes that the dates for dispositive motions, the pretrial conference and trial remain as set at the September 4, 2018 case management conference. ECF 38.

      **SO ORDERED.**

Dated: February 20, 2019

SUSAN VAN KEULEN
United States Magistrate Judge